# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA REDELA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMY'S COMFORT CARE INC., et al.,<br><br>    Defendants. | Case No.: 1:19-cv-0797-LJO JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 5) |

On July 31, 2019, Maria Teresa Redela filed a Notice of Dismissal, indicating she was "dismissing all causes of action in the complaint against Defendants Amy's Comfort Care, Inc. and Amardeep Kaur a.k.a. Amardeep Dhillon, with prejudice." (Doc. 5 at 2) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

  Dated:  **August 1, 2019**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE